No. 439, Misc. LESTER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Osmond K. Fraenkel* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 475, Misc. BELCHER *v.* McGARRAGHY, U. S. DISTRICT JUDGE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for respondents.

No. 477, Misc. SMITH *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 484, Misc. IN RE SMITH. Supreme Court of New Mexico. Certiorari denied.

No. 486, Misc. NEAL ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioners *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 488, Misc. CLAYTON *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 498, Misc. LaMUTE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 508, Misc. CUMMINS *v.* STROUL, DOING BUSINESS AS STROUL NEWS AGENCY. C. A. 3d Cir. Certiorari denied.